IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Star Dobson,<br><br>                     Plaintiff,<br><br>vs.<br><br>SimonMed Imaging LLC,<br><br>                     Defendant. | No. CV-25-00527-PHX-SPL<br>No. CV-25-00548-PHX-SPL (consol.)<br>No. CV-25-00601-PHX-SPL (consol.)<br><br>**ORDER** |

Before the Court is the parties' Stipulation (Doc. 24), in which they request an extension of time to file an amended complaint. Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 24) is **granted**. Plaintiff shall have until **October 20, 2025**, to file an amended complaint.

Dated this 16th day of September, 2025.

Honorable Steven P. Logan
United States District Judge