Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com

*Counsel for Plaintiffs and the
Proposed Class*

*Additional Counsel listed on last page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Star Dobson; Andree Guest; Albert Dumas; and Rosemary Hamermaster, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SimonMed Imaging, LLC,<br><br>        Defendant. | Case No.: 2:25-cv-00527-PHX-SPL<br><br>**REVISED STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE AMENDED COMPLAINT (SECOND REQUEST) AND SET BRIEFING SCHEDULE (FIRST REQUEST)** |

Plaintiffs and Defendant SimonMed Imaging, LLC hereby stipulate and agree to the extend Plaintiffs' deadline for filing an amended complaint to November 10, 2025 and set a briefing schedule. Good cause exists for the relief sought by this stipulation, as the parties continue to discuss the proposed amendment litigation generally. Allowing the relief sought by this motion will not cause undue delay and provides for a briefing schedule on the forthcoming amended complaint. Accordingly, the parties stipulate to the briefing schedule set forth below:

1.  Plaintiffs shall file their amended complaint on or before November 10, 2025.

2.  Defendant shall file their responsive pleading on or before December 8, 2025.

3.  If Defendant files a motion to dismiss:

    a.  Plaintiffs shall file their response to the motion on or before December 29, 2025.

    b.  Defendant shall file their reply to the motion on or before January 12, 2026.

Dated: October 16, 2025                   Respectfully submitted,

By: */ s/ Cristina Perez Hesano*          By: */s/ Jad Sheikali*

Cristina Perez Hesano (No. 027023)        **SHOOK, HARDY & BACON LLP**
**PEREZ LAW GROUP, PLLC**                 Jad Sheikali*
7508 N. 59th Avenue                       111 South Wacker Drive, Suite 4700
Glendale, Arizona 85301                   Chicago, IL 60606
(602) 730-7100                            Telephone: (312) 704-7700
cperez@perezlawgroup.com                  Email: jsheikali@shb.com

*Plaintiffs Interim Liaison Counsel*
                                          **WOMBLE BOND DICKINSON (US) LLP**
Mariya Weekes*                            John C. Gray (Bar No. 028454)
**MILBERG COLEMAN BRYSON**                Patrick E. McCormick (Bar No. 037036)
**PHILLIPS GROSSMAN, PLLC**               201 East Washington Street, Suite 1200
201 Sevilla Avenue, 2nd Floor             Phoenix, AZ 85004
Coral Gables, FL  33134                   Telephone: (602) 262-5311
Tel:  (786) 879-8200                      john.gray@wbd-us.com
Fax: (786) 879-7520                       patrick.e.mccormick@wbd-us.com
mweekes@milberg.com
                                          *Admitted Pro Hac Vice*
Bart D. Cohen*
**BAILEY GLASSER LLP**                    *Counsel for Defendant SimonMed Imaging, LLC*
1622 Locust Street
Philadelphia, PA  19103
(215) 274-9420
bcohen@baileyglasser.com

Jeff Ostrow*

**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd, 5th Floor
Fort Lauderdale, Florida 33301
(954) 332-4200
ostrow@kolawyers.com

*Interim Co-Lead Counsel for
Plaintiffs and the Proposed Class*

*\*Admitted Pro Hac Vice*