IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Star Dobson, | No. CV-25-00527-PHX-SPL |
| Plaintiff, | No. CV-25-00548-PHX-SPL (consol.) |
| vs. | No. CV-25-00601-PHX-SPL (consol.) |
| SimonMed Imaging LLC, | **ORDER** |
| Defendant. | |

Before the Court is the parties' Revised Stipulation (Doc. 28), in which they request an extension of time to file an amended complaint. Having considered this request,

**IT IS ORDERED** that the Revised Stipulation (Doc. 28) is **granted**. Plaintiffs shall have until **November 10, 2025**, to file an amended complaint.

**IT IS FURTHER ORDERED** that Defendant shall have until **December 8, 2025**, to file an answer to the amended complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that if Defendant elects to file a motion to dismiss, Plaintiffs shall have until **December 29, 2025**, to file a response, and Defendant shall have until **January 12, 2026**, to file a reply.

///

///

///

///

**IT IS FURTHER ORDERED** that the parties' Stipulation (Doc. 27) is **denied as moot**.

Dated this 28th day of October, 2025.

_____
Judge Michael T. Liburdi for Judge Steven P. Logan
United States District Judge